HELEN M. THOMAS v. HERBERT H. CLARK.

**No. 13,063.** ( 72 Pac. 1102.)

Error from Wyandotte court of common pleas; WILLIAM G. HOLT, judge.   Opinion filed April 11, 1903.   Affirmed.

*True & Sims*, for plaintiff in error.
*Muckle, Hayward & McLane*, and *McGrew, Watson & Watson*, for defendant in error.

*Per Curiam:* This action was commenced to recover profits to arise from a business which was not begun, to be conducted by a corporation which was not formed; for rent of a building which was not erected, and for interest on an investment which was not made.

The trial court was blameless in refusing to permit an estimation of damages for the vanishing of plaintiff's vision, and its judgment is affirmed.